UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| L. RUTHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:16-cv-314 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| TENNESSEE OFFICERS, | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| Defendants. | ) | |

## O R D E R

Before the Court is a report and recommendation ("R&R") filed by Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure. (Doc. 5.) Magistrate Judge Lee recommends that Plaintiff L. Ruther's motions to proceed *in forma pauperis* (Docs. 2, 4) be denied. Plaintiff has not objected to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1)(C).

After reviewing the record, the Court agrees with the R&R. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Plaintiff's motions to proceed *in forma pauperis* (Docs. 2, 4) are **DENIED**. If Plaintiff wishes to proceed with this case, he shall pay the $400 filing fee **within thirty days** of the entry of this order.

**SO ORDERED.**

**ENTER:**

                                                             /s/
                                                    **CURTIS L. COLLIER**
                                                    **UNITED STATES DISTRICT JUDGE**